**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7567**

———————

ANDERSON LEWIS TERRY,

Plaintiff - Appellant,

versus

MRS. STEWART,

Defendant - Appellee,

and

FRANKLIN FREEMAN; LYNN PHILLIPS; G. L. WOOD-
ARD; D. E. DAUGHTY; T. D. HOLDER; G. WOOTEN;
T. CARROLL,

Defendants.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-95-735-5)

———————

Submitted: September 25, 1997     Decided: October 20, 1997

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Anderson L. Terry, Appellant Pro Se. William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Terry v. Stewart, No. CA-95-735-5 (E.D.N.C. Sept. 5, 1996). We deny Appellant's motion to forward his records and prior cases to the United States Supreme Court. Appellant's motion to consolidate is similarly denied. Finally, we deny Appellant's motion to be heard and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED